NO. 29555

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee

vs.

DIONE K. KAEO-TOMASELI,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-2163)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on August 23, 2010 by Petitioner/Defendant-Appellant Dione K. Kaeo-Tomaseli is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 5, 2010.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice

Jon N. Ikenaga, Deputy
Public Defender, on the
application for petitioner/
defendant-appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Ahn in place of Moon, C.J., recused and retired.

Donn Fudo, Deputy Prosecuting Attorney, City and County of Honolulu, on the response for respondent/plaintiff-appellee.